# REESE LLP

**Via ECF** September 14, 2026

Clerk of the Court
United States District Court
For the Eastern District of New York
225 Cadman Plaza E.
Brooklyn, New York 11201
Attention: Intake/Refunds

Re: *Ross et al. v. PIM Brands, Inc.*
Case No. 2:26-cv-05551 (E.D.N.Y.)

To Whom It May Concern:

A duplicate filing fee of $405 was paid in the above-case. Please see attached for both payment confirmations. Please refund $405 to the original payment method.

Respectfully submitted,

Michael R. Reese

100 West 93rd Street • Sixteenth Floor • New York, New York 10025
www.reesellp.com • Telephone: (212) 643-0500 • Facsimile: (212) 253-4272

## Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

1 message

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov> Tue, Sep 8, 2026 at 4:08 PM
Reply-To: Stephanie_Wu@nyed.uscourts.gov
To: mreese@reesellp.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: 3119223
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $405.00
Tracking Id: ANYEDC-20608252
Approval Code: 04852G
Card Number: ************8907
Date/Time: 09/08/2026 04:08:28 ET

NOTE: This is an automated message. Please do not reply

## Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

1 message

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov> Tue, Sep 8, 2026 at 4:07 PM
Reply-To: Stephanie_Wu@nyed.uscourts.gov
To: mreese@reesellp.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: 3119223
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $405.00
Tracking Id: ANYEDC-20608234
Approval Code: 01007G
Card Number: ************8907
Date/Time: 09/08/2026 04:06:59 ET

NOTE: This is an automated message. Please do not reply