VENABLE LLP

151 WEST 42ND STREET 49TH FLOOR NEW YORK, NY 10036
T 212.307.5500 F 212.307.5598 www.Venable.com

October 13, 2026

**Alexandra E. Deitz**
**t** 212.218.2343
**f** 212.307.5598
AEDeitz@Venable.com

**VIA ECF**

Honorable James M. Wicks
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re: *Ross v. PIM Brands, Inc.*, No. 2:26-cv-05551-JMW**

Dear Judge Wicks:

This firm represents Defendant PIM Brands, Inc. in the above-referenced action. We write jointly with counsel for Plaintiff Janet Ross ("Plaintiff") to request that the Court stay this action pending the Judicial Panel on Multidistrict Litigation's ("JPML") determination of PIM Brands, Inc.'s pending motion to transfer this action and other related actions for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motion"). Defendant filed the MDL Motion on October 6, 2026, and filed notice of the motion in this action that same day.

The parties agree that a stay is appropriate because this action remains at an early stage, and a brief stay pending the JPML's determination would conserve the parties' and judicial resources and avoid potentially duplicative proceedings while the MDL Motion is pending. The stay would not prejudice either party.

Accordingly, the parties respectfully request that the Court stay this action, including all proceedings and deadlines, pending the JPML's determination of the MDL Motion. A proposed Stipulation and Order is submitted with this letter for the Court's consideration.

Respectfully submitted,

*/s/ Daniel S. Silverman*

Daniel S. Silverman (admitted *pro hac vice*)
Alexandra E. Deitz

*Counsel for Defendant PIM Brands, Inc.*

With the consent of counsel for Plaintiff Janet Ross

cc: All counsel of record (via ECF)